9973. JONES BROTHERS *v.* RICHARDS.

WADE, C. J. "Where a case has been tried by a jury and a verdict rendered therein, and the losing party desires to test the sufficiency of the evidence to support the verdict, a motion for a new trial is indispensible." *Mackin* v. *Blalock,* 133 *Ga.* 550 (4) (66 S. E. 265, 134 Am. St. R. 220). See also Civil Code, § 6144. A review of the evidence supporting the verdict in this case being sought by direct bill of exceptions without a motion for a new trial, and there being no error of law complained of, the writ of error must be dismissed. *Sanders* v. *State,* 84 *Ga.* 217 (10 S. E. 629); *Ford* v. *Wilson,* 85 *Ga.* 109 (11 S. E. 559); *Gibson* v. *Maxwell,* 85 *Ga.* 235 (11 S. E. 615); *Hyfield* v. *Sims,* 87 *Ga.* 280 (13 S. E. 554); *Holsey* v. *Porter,* 105 *Ga.* 837 (31 S. E. 784; and cases cited in Park's Ann. Code, note to § 6082, p. 4189, catchwords "Direct exception."

*Writ of error dismissed. Jenkins and Luke, JJ., concur.*

DECIDED APRIL 16, 1919.

Affidavit of illegality; from city court of Carrollton—Judge Beall. June 12, 1918.

*Boykin & Boykin,* for plaintiff in error. *Leon Hood,* contra.